(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) **Dacyl T Ellis 564-869**
(Name of Plaintiff)        (Inmate Number)

**4602 N 12st Phila, Pa 19140**
(Complete Address with zip code)

- 0 7 - 1 5 7 -

(2) _____
(Name of Plaintiff)        (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) **HRYCI Institute**
(2) **1301 E 12 st Wilmington**
(3) **D.E 19809**
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

## CIVIL COMPLAINT

• • Jury Trial Requested

FILED
MAR 1 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned
IFP

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: **None**

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (•Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (•Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I wrote the warden and ACLU Deleware for assistance

2. What was the result? The warden & his staff gave me the run around for months ACLU Deleware is still reviewing

D. If your answer to "B" is No, explain why not: Yes & no, I say no also because they keep delaying this manners, wanting me to sign off

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: HRYCI Institute

Employed as N-A at HRYCI

Mailing address with zip code: 1301 E 12st Wilmington D.E.

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I Daryl T Ellis was assaulted in my cell by another inmate on 1/19/07. I reported my assault to HRYCI Institute in which there response was
2. negative (They did nothing to assist with this problem of me being assaulted. As a direct result of this assault, I receive Neck, Back, and head
3. injuries, I'm presently wearing a neck brace for my neck, and for my back & Head injuries am taking medicine (called Bactin, Ultra, and Motrin)

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to sue HRYCI for pain & suffering & illegal punishment and falsefying judical documents. I was wrongfully sent to the

3

2. detention pAct of the Facility because of my Allegations of being assaulted

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __MArch__ day of _____, 2_007_.

__Darryl T Ellis__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4





Clerk U.S District
Court Lock Box 18
844 N King Street
Wilmington DE 190

Darryl T Ellis
1301 E 12 st
Wilmington DE
19809
713 564 869

U.S.M.S.
X-RAY