To who it may concern, Office Clerk

You did not send me a Amended complaint form, so enclosed in this letter is my Amended complaint Defendent. # Warden Ralph Williams

Darcy T Ellis
Plaintiff

v

Ralph Williams
Defendent

FILED
MAY 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL T. ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-157-GMS |
| | ) |
| HOWARD R. YOUNG CORRECTIONAL | ) |
| INSTITUTION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 10th day of May, 2007, for the reasons set forth in the Memorandum issued this date,

1. The complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

2. Ellis is given leave to amend the complaint to name the correct individual defendants. The amended complaint shall be filed within **thirty days** from the date of this order. If an amended complaint is not filed within the time allowed, then the case will be closed.

_____
UNITED STATES DISTRICT JUDGE

you did not send me a amended Complaint form. So Enclosed is my Amended Complaint



FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



WILMINGTON DE 197
16 MAY 2007 PM 1 T

Office of the Clerk
United States District
Court 844 N King St
Lock Box 18 Wilmington DE
19801-3570

U.S.M.S.
X-RAY

Daryl T. Ellis
2K SBI 564-869
HRYCI PO
Box 9561
Wilmington DE
19809

Amended Complaint