

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL T. ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-157-GMS |
| | ) |
| RALPH WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, the plaintiff, Daryl T. Ellis, filed an amended complaint on May 18, 2007 (D.I. 7);

WHEREAS, on September 14, 2007, an order was entered dismissing the amended complaint and giving the plaintiff leave to amend the amended complaint within thirty days from the date of the order or the case would be closed (D.I. 8);

WHEREAS, to date a first amended complaint has not been filed;

THEREFORE, at Wilmington this 30rth day of Oct., 2007, IT IS ORDERED that the case is closed for failure to file a first amended complaint.

CHIEF, UNITED STATES DISTRICT JUDGE



FILED

OCT 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE